

*ORDER*

PER CURIAM.

Appellant, Marlan Murray, appeals from a decision of the Labor and Industrial Relations Commission modifying the award of the Administrative Law Judge Siedlik. Employer and Insurer, Guarantee Electrical Co. and Continental Casualty Co., appeal from the award as well. We affirm.

We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the Labor and Industrial Relations Commission are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the Commission's order pursuant to Rule 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial, after an evidentiary hearing, of his Rule 24.035 motion for post conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

**Nathan K. JOHNSON,**
**Defendant/Appellant,**

v.

**STATE of Missouri, Plaintiff/Respondent.**

**No. 64402.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 2, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 20, 1994.

Application to Transfer Denied
Oct. 25, 1994.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

■

**The PACESETTER CORPORATION,**
**Appellant,**

v.

**LABOR & INDUSTRIAL RELATIONS**
**COMMISSION, et al., Respondent.**

**No. WD 48877.**

Missouri Court of Appeals,
Western District.

Aug. 9, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1994.

